UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:03CR167(PCD) |
| | : | |
| BERNADETTE TEELE | : | AUGUST 15, 2007 |

MOTION FOR AN ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the Counts Two through Eight of the indictment pending against the defendant, Bernadette Teele.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786
450 Main Street
Hartford, CT 06103
(860) 947-1101

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

_____
PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE

Dated: _____
New Haven, Connecticut

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the foregoing was mailed, this 15th day of August, 2007, to the following:

Gary D. Weinberger, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106

                                                        _____
                                                        DEBORAH R. SLATER
                                                        ASSISTANT UNITED STATES ATTORNEY